**Motion Granted; Order filed November 19, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00034-CV

_____

**DIANE CRUMLEY DEE; DINA CRUMLEY WHITE AS DEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIE BARNES CRUMLEY; AND BRIDGET D. ELLIOTT AS TRUSTEE OF BC TRUST, Appellants**

**V.**

**CROSSWATER YACHT CLUB, LP; CROSSWATER YACHT CLUB MANAGEMENT, LLC; AND HARBOR VENTURES, INC., Appellees**

**On Appeal from the 126th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-09-000550**

## ORDER

Three appellants have appealed from a judgment signed October 31, 2014. On November 13, 2015, two of them, appellants Diane Crumley Dee and Dina Crumley White, filed an unopposed motion to dismiss their appeals. *See* Tex. R. App. P. 42.1. The motion is **GRANTED.**

The appeals of appellants Diane Crumley Dee and Dina Crumley White are ordered **DISMISSED**. The appeal of the third appellant Bridget T. Elliott as Trustee of BC Trust shall remain pending.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Wise.